1  SHARONROSE CANNISTRACI, CSBN #121827
   Cannistraci Law Firm
2  99 Almaden Blvd., Suite 925
   San Jose, CA  95113
3  Telephone Number: (408) 297-5400
   Facsimile Number:  (408) 297-5407
4  E-Mail Address:  sharonrose@cannistracilaw.com

5  Attorney for Plaintiff

6

7  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Assistant City Attorney (#93249)
   MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
8  NKIA D. RICHARDSON, Deputy City Attorney (#193209)
   Office of the City Attorney
9  200 East Santa Clara Street
   San José, California  95113-1905
10 Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
11 E-Mail Address:  cao.main@sanjoseca.gov

12 Attorneys for Defendants

13                UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15 FARID SHAHRIVAR,                          Case Number:  CV10-01029 PVT
16              Plaintiff,
                                             **STIPULATION AND [PROPOSED]**
17       v.                                  **ORDER EXTENDING TIME FOR**
                                             **FILING DEFENDANTS' RESPONSIVE**
18 CITY OF SAN JOSE, a municipality;         **PLEADING**
   RODNEY RAPSON, an individual; DAVID
19 SYKES, an individual; HARRY FREITAS,
   an individual; KATHERINE JENSEN, an
20 individual; DAVID PRINTY, an individual;
   DANNY TSAO, an individual; KATRINA
21 ALLEN, an individual; DOUG BAKER, an
   individual; ALEX GURZA, an individual;
22 SARAH NUNES, an individual; LES
   WHITE, an individual; ALLEN DEMERS,
23 an individual; RAJIV DAS, an individual;
   ADAM STREMPEL, an individual; STEVE
24 PAGAN, an individual; ANGELA CHEN,
   an individual; MARK DANAJ, an
25 individual; ROBERT FABELA, an
   individual; SUSAN LACY, and DOES 1
26 through 45, inclusive,

27              Defendants.

28

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the time for Defendants to file their responsive pleading to the Complaint for Damages, on file herein, otherwise due on July 28, 2010, shall be extended to and including August 27, 2010.

Respectfully submitted,

Dated: July 19, 2010

By: _____
SHARONROSE CANNISTRACI
Attorney at Law

Attorney for Plaintiff

Dated: July 19, 2010

RICHARD DOYLE, City Attorney

By:  /s/ Michael J. Dodson
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorney for Defendants

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants are hereby granted an extension of time to file their responsive pleading to the Complaint, on file herein, to August 27, 2010.

Dated:  7/22/10

_____
MAGISTRATE PATRICIA TRUMBULL
United States District Court Judge

- 1 -

STIP AND ORDER EXTENDING TIME TO FILE RESPONSE

CASE NO.: CV10-01029 PVT
676653