| | |
|---|---|
| SHARONROSE CANNISTRACI, CSBN #121827<br>Cannistraci Law Firm<br>16450 Los Gatos Drive, Suite 110<br>Los Gatos, CA  95032<br>Telephone Number: (408) 335-7368<br>Facsimile Number:  (408) 402-8362<br>E-Mail Address:  sharonrose@cannistracilaw.com | **E-Filed 9/27/2010** |

Attorney for Plaintiff

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FARID SHAHRIVAR,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, a municipality; RODNEY RAPSON, an individual; DAVID SYKES, an individual; HARRY FREITAS, an individual; KATHERINE JENSEN, an individual; DAVID PRINTY, an individual; DANNY TSAO, an individual; KATRINA ALLEN, an individual; DOUG BAKER, an individual; ALEX GURZA, an individual; SARAH NUNES, an individual; LES WHITE, an individual; ALLEN DEMERS, an individual; RAJIV DAS, an individual; ADAM STREMPEL, an individual; STEVE PAGAN, an individual; ANGELA CHEN, an individual; MARK DANAJ, an individual; ROBERT FABELA, an individual; SUSAN LACY, and DOES 1 through 45, inclusive,<br><br>    Defendants. | Case Number:  CV-10-01029 JF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF COMPLAINT AND MOTION TO DISMISS AND RESCHEDULING OF CMC AND HEARING** |

1  **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective
2  counsel, that good cause exists for Defendants to withdraw their Motion to Dismiss without
3  prejudice to renew and for the court to vacate the Case Management Hearing currently scheduled to
4  be held on October 15, 2010 at 9 am, pending Plaintiff filing an Amended Complaint for Damages
5  on or before the proposed date below or as otherwise ordered by the court and request the court reset
6  the deadlines and hearings as proposed below or as the court so determines.

Respectfully submitted,
CANNISTRACI LAW FIRM

By:   /s/ Sharonrose Cannistraci
      SHARONROSE CANNISTRACI
      Attorney for Plaintiff

Dated: September 22, 2010

Dated: September 22, 2010      RICHARD DOYLE, City Attorney

By:   /s/ Michael J. Dodson
      MICHAEL J. DODSON
      Sr. Deputy City Attorney

Attorney for Defendants

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the relief requested in the parties stipulation above is hereby granted and the Case Management Hearing is vacated and the following dates are hereby ordered by the court:

| | |
|---|---|
| 1. Last Day to File and Serve an amended complaint. | October 8, 2010 |
| 2. Last Day for Defendants to respond to the amended complaint by motion or answer. | November 8, 2010 |
| 3. Early Case Management Hearing in Courtroom 3, 5th Floor, JF at 9:00 AM | December 17, 2010 |
| 4. Hearing on Defendants' Motion to Dismiss in Courtroom 3, 5th Floor, JF at 9:00 AM | December 17, 2010 |
| 5. Last day to meet and confer re: initial disclosures, early | To be set by the court |

- 1 -

STIP AND ORDER Re Amendment of Complaint and Motion to Dismiss
CASE NO.: CV10-01029 JF

settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

6. Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement    To be set by the court

7. Case Management Hearing in Courtroom 3, 5th Floor, JF at 9:00 AM    To be set by the court

Dated: 9/27/2010

_____
HON. JEREMY FOGEL
United States District Court Judge

- 1 -

STIP AND ORDER Re Amendment of Complaint and Motion to Dismiss
CASE NO.: CV10-01029 JF