1  SHARONROSE CANNISTRACI, CSBN #121827
   Cannistraci Law Firm
2  16450 Los Gatos Blvd. Suite 110
   Los Gatos, CA  95032
3  Telephone Number: (408) 335-7368 x. 200
   Facsimile Number:  (408) 402-8362
4  E-Mail Address:  sharonrose@cannistracilaw.com

5  Attorney for Plaintiff

6

7  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Assistant City Attorney (#93249)
   CHRISTIAN NIELSEN, Sr. Deputy City Attorney (#159743)
8  NKIA D. RICHARDSON, Deputy City Attorney (#193209)
   Office of the City Attorney
9  200 East Santa Clara Street
   San José, California  95113-1905
10 Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
11 E-Mail Address:  cao.main@sanjoseca.gov

12 Attorneys for Defendants

13                    UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15 | FARID SHAHRIVAR,                              | Case Number:  CV10-01029 CW
16 |                      Plaintiff,               |
17 |        v.                                     | **STIPULATION AND ORDER EXTENDING TIME FOR FILING OF PLAINTIFF'S SECOND AMENDED COMPLAINT**
18 | CITY OF SAN JOSE, a municipality; RODNEY RAPSON, an individual; DAVID SYKES, an individual; HARRY FREITAS, an individual; KATHERINE JENSEN, an individual; DAVID PRINTY, an individual; DANNY TSAO, an individual; KATRINA ALLEN, an individual; DOUG BAKER, an individual; ALEX GURZA, an individual; SARAH NUNES, an individual; LES WHITE, an individual; ALLEN DEMERS, an individual; RAJIV DAS, an individual; ADAM STREMPEL, an individual; STEVE PAGAN, an individual; ANGELA CHEN, an individual; MARK DANAJ, an individual; ROBERT FABELA, an individual; SUSAN LACY, and DOES 1 through 45, inclusive, |
27 |                      Defendants.              |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that good cause exists due to Plaintiff's medical condition and injuries to extend the time for Plaintiff to file his Second Amended Complaint otherwise due on October 26, 2011, and which time shall be extended to and including November 28, 2011.

Respectfully submitted,

By:   /s/ Sharonrose Cannistraci
SHARONROSE CANNISTRACI
Attorney at Law

Dated: October 21, 2011

Attorney for Plaintiff

Dated: October 21, 2011      RICHARD DOYLE, City Attorney

By:   /s/ Christian Nielsen
CHRISTIAN NIELSEN
Sr. Deputy City Attorney

Attorney for Defendants

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff is hereby granted an extension of time to file his Second Amended Complaint on or before November 27, 2011.

Dated: 10/25/2011

HONORABLE CLAUDIA WILKEN
United States District Court Judge

- 1 -