1  SHARONROSE CANNISTRACI, CSBN #121827
   Cannistraci Law Firm
2  16450 Los Gatos Blvd. Suite 110
   Los Gatos, CA  95032
3  Telephone Number: (408) 335-7368 x. 200
   Facsimile Number:  (408) 402-8362
4  E-Mail Address:  sharonrose@cannistracilaw.com

5  Attorney for Plaintiff

6

7  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Assistant City Attorney (#93249)
   CHRISTIAN NIELSEN, Sr. Deputy City Attorney (#159743)
8  NKIA D. RICHARDSON, Deputy City Attorney (#193209)
   Office of the City Attorney
9  200 East Santa Clara Street
   San José, California  95113-1905
10 Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
11 E-Mail Address:  cao.main@sanjoseca.gov

12 Attorneys for Defendants

13                  UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15 
   FARID SHAHRIVAR,                             Case Number:  CV10-01029 CW
16
              Plaintiff,                        **STIPULATION AND ORDER
17                                              EXTENDING TIME FOR FILING OF
        v.                                      PLAINTIFF'S SECOND AMENDED
18                                              COMPLAINT**
   CITY OF SAN JOSE, a municipality;
19 RODNEY RAPSON, an individual; DAVID
   SYKES, an individual; HARRY FREITAS,
20 an individual; KATHERINE JENSEN, an
   individual; DAVID PRINTY, an individual;
21 DANNY TSAO, an individual; KATRINA
   ALLEN, an individual; DOUG BAKER, an
22 individual; ALEX GURZA, an individual;
   SARAH NUNES, an individual; LES
23 WHITE, an individual; ALLEN DEMERS,
   an individual; RAJIV DAS, an individual;
24 ADAM STREMPEL, an individual; STEVE
   PAGAN, an individual; ANGELA CHEN,
25 an individual; MARK DANAJ, an
   individual; ROBERT FABELA, an
26 individual; SUSAN LACY, and DOES 1
   through 45, inclusive,
27
              Defendants.
28

1 **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that good cause exists due to Plaintiff's medical condition and injuries to extend the time for Plaintiff to file his Second Amended Complaint otherwise due on October 26, 2011, and which time shall be extended to and including November 28, 2011.

Respectfully submitted,

By: /s/ Sharonrose Cannistraci
SHARONROSE CANNISTRACI
Attorney at Law

Dated: October 21, 2011

Attorney for Plaintiff

Dated: October 21, 2011          RICHARD DOYLE, City Attorney

By: /s/ Christian Nielsen
CHRISTIAN NIELSEN
Sr. Deputy City Attorney

Attorney for Defendants

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff is hereby granted an extension of time to file his Second Amended Complaint on or before November 27, 2011.

Dated: 10/25/2011

HONORABLE CLAUDIA WILKEN
United States District Court Judge

- 1 -

STIP AND ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT
CASE NO.: CV10-01029 CW