| | |
|---|---|
| 1 | SHARONROSE CANNISTRACI, CSBN #121827 |
| 2 | Cannistraci Law Firm<br>16450 Los Gatos Blvd. Suite 110 |
| 3 | Los Gatos, CA  95032<br>Telephone Number: (408) 335-7368 x. 200 |
| 4 | Facsimile Number:  (408) 402-8362<br>E-Mail Address:  sharonrose@cannistracilaw.com |
| 5 | Attorney for Plaintiff |
| 6 | |
| 7 | RICHARD DOYLE, City Attorney (#88625)<br>NORA FRIMANN, Assistant City Attorney (#93249) |
| 8 | CHRISTIAN NIELSEN, Sr. Deputy City Attorney (#159743)<br>NKIA D. RICHARDSON, Deputy City Attorney (#193209) |
| 9 | Office of the City Attorney<br>200 East Santa Clara Street |
| 10 | San José, California  95113-1905<br>Telephone Number: (408) 535-1900 |
| 11 | Facsimile Number:  (408) 998-3131<br>E-Mail Address:  cao.main@sanjoseca.gov |
| 12 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 15 | FARID SHAHRIVAR, | Case Number:  CV10-01029 CW |
| 16 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 17 | v. | **ORDER EXTENDING TIME FOR FILING OF PLAINTIFF'S SECOND** |
| 18 | CITY OF SAN JOSE, a municipality;<br>RODNEY RAPSON, an individual; DAVID | **AMENDED COMPLAINT** |
| 19 | SYKES, an individual; HARRY FREITAS,<br>an individual; KATHERINE JENSEN, an | |
| 20 | individual; DAVID PRINTY, an individual;<br>DANNY TSAO, an individual; KATRINA | |
| 21 | ALLEN, an individual; DOUG BAKER, an<br>individual; ALEX GURZA, an individual; | |
| 22 | SARAH NUNES, an individual; LES<br>WHITE, an individual; ALLEN DEMERS, | |
| 23 | an individual; RAJIV DAS, an individual;<br>ADAM STREMPEL, an individual; STEVE | |
| 24 | PAGAN, an individual; ANGELA CHEN,<br>an individual; MARK DANAJ, an | |
| 25 | individual; ROBERT FABELA, an<br>individual; SUSAN LACY, and DOES 1 | |
| 26 | through 45, inclusive, | |
| 27 | Defendants. | |
| 28 | | |

STIP AND ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT
CASE NO.: CV10-01029 CW

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that good cause exists due to Plaintiff's medical condition and an injury to his eye and vision to extend the time for Plaintiff to file his Second Amended Complaint otherwise due on November 28, 2011, and which time shall be extended to and including December 16, 2011 to give Plaintiff additional time to assist his counsel in preparation of the Second Amended Complaint.

Respectfully submitted,

Dated: November 28, 2011

By:   /s/ Sharonrose Cannistraci
SHARONROSE CANNISTRACI
Attorney at Law

Attorney for Plaintiff

Dated: November 28, 2011      RICHARD DOYLE, City Attorney

By:   /s/ Christian Nielsen
CHRISTIAN NIELSEN
Sr. Deputy City Attorney

Attorney for Defendants

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff is hereby granted an extension of time to file his Second Amended Complaint on or before December 16, 2011.

Dated: 12/1/2011

HONORABLE CLAUDIA WILKEN
United States District Court Judge