UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARID SHAHRIVAR,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　　Defendants. | Case No. 5:10-cv-01029-PSG<br><br>**ORDER RE: INDEPENDENT MEDICAL EXAMINATION**<br><br>**(Re: Docket Nos. 73, 74 and 75)** |

　　　　Yesterday, the parties appeared for a status conference regarding the scheduling of an independent medical examination for Plaintiff Farid Shahrivar.[1] After considering the arguments in the status updates and at the hearing, the court ORDERS:

- Shahrivar shall appear for a medical examination by Dr. Green within 30 days. If Green is not available, the evaluation may occur at the next earliest possible date.

- The parties shall meet and confer to determine whether or not Green's examination can satisfy Shahrivar's disability evaluation.

- The parties shall submit a copy of Sharivar's medical examination under seal no later than October 21, 2014.

- The parties shall appear at a status conference on October 28, 2014, at 10 AM.

- The stay remains in place, but for Sharivar's medical examination.

---

[1] *See* Docket No. 73 at 1 ("Counsel to meet and confer to discuss the city conducting an independent medical examination of Mr. Shahrivar. If an agreement is reached, counsel to submit a stipulation re IME agreement and propose a date for a 6 month continuance of case. If no agreement is reached, counsel to be present 8/19/14 at 10:00 AM for status.").

1
Case No. 5:10-cv-01029-PSG
ORDER RE: INDEPENDENT MEDICAL EXAMINATION

**IT IS SO ORDERED.**

Dated: August 20, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge