1  Sharonrose Cannistraci, CSBN 121827
   CANNISTRACI LAW FIRM
2  16450 Los Gatos Blvd., Suite 110
   Los Gatos, CA 95032
3  Phone: 408.307-5662
   cannistracilaw@gmail.com
4
   Attorney for Plaintiff Farid Shahrivar
5
               UNITED STATES DISTRICT COURT
6                NOTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
7

   FARID SHAHRIVAR;                        ) Case Number:  CV-10-01029 PSG
8                                          )
   vs.                                     )
9                                          ) ~~PROPOSED~~ **ORDER GRANTING**
   CITY OF SAN JOSE, a municipal           ) **PLAINTIFF'S REQUEST FOR**
10 corporation; RODNEY RAPSON, an          ) **TELEPHONIC APPEARANCE**
   individual; DAVID SYKES, an individual; )
11 HARRY FREITAS, an individual;           )
   KATHERINE JENSEN, an individual;        ) Hearing Date: April 7, 2015
12 DAVID PRINTY, an individual; DANNY      ) Time: 10:00 am
   TSAO, an individual; KATRINA ALLEN, an  ) Courtroom: 5
13 individual; DOUG BAKER, an individual;  ) Judge: Hon. Paul S. Grewal
   ALEX GURZA, an individual; SARAH        )
14 NUNES, an individual; LES WHITE, an     ) **Complaint Filed March 10, 2010**
   individual; ALLEN DEMERS, an individual;)
15 RAJIV DAS, an individual; ADAM          )
   STREMPEL, an individual; STEVE PAGAN,   )
16 an individual; ANGELA CHEN, an individual;)
   MARK DANAJ, an individual; ROBERT       )
17 FABELA, an individual; SUSAN LACY, and  )
   DOES 1 through 45, inclusive;           )
18                                         )
              Defendants.                  )
19                                         )
                                           )
20                                         )
                                           )
21                                         )
                                           )
22

23

24

25
                                          0
26 ORDER Granting Plaintiff's Request for Telephonic Appearance      Case Number  CV-10-01029 PSG

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby Grants Plaintiff's Counsel's Request for a Telephonic Appearance for counsel to appear telephonically at the upcoming hearing on Defendants' Motion to Dismiss the Fourth Amended Complaint and Rule 8 Motion to be heard in Dept 5 on April 7, 2015 at 10 am as Plaintiff's counsel will be in New York City.

IT IS SO ORDERED.

Dated: __4/1/2015__

HONORABLE Paul S. Grewal
United States Magistrate Judge