UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID SHAHRIVAR,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No. 10-cv-01029-PSG<br><br>**ORDER DENYING MOTION TO VACATE JUDGMENT**<br><br>**(Re: Docket No. 123)** |

Before the court is a motion by Plaintiff Farid Shahrivar under Fed. R. Civ. P. 60(b)(6) and 72(b) to vacate its judgment in favor of Defendants City of San Jose and a number of City employees.[1] The motion takes issue with the court's rulings in its order granting Defendants' motion to dismiss.[2] Although Civ. L.R. 7-2(b) requires that moving papers, including those in support of Rule 60 motions, "not exceed[] 25 pages in length," Shahrivar's papers are 28 pages long.[3] Shahrivar did not seek leave to file additional pages, and he is represented by experienced counsel. Also, because the parties here have consented to magistrate judge jurisdiction,[4] Fed. R. Civ. P. 72(b) does not apply. Because the Ninth Circuit has made clear that district courts should hold parties to the federal and local civil rules,[5] Shahrivar's motion is DENIED.

---

[1] *See* Docket No. 123; *see also* Docket No. 121.

[2] *See* Docket No. 120.

[3] *See* Docket No. 123.

[4] *See* Docket No. 47.

[5] *See In re Corrinet*, 645 F.3d 1141, 1146 (9th Cir. 2011) (citing *Hollingsworth v. Perry*, 558 U.S. 183, 191 (2010)); *United States v. Marks*, 530 F.3d 799, 808 (9th Cir. 2008); *SEC v. McCarthy*,

1
Case No. 10-cv-01029-PSG
ORDER DENYING MOTION TO VACATE JUDGMENT

**SO ORDERED.**

Dated: December 9, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

United States District Court
Northern District of California

---

322 F.3d 650, 657 (9th Cir. 2003); *Savarese v. Edrick Transfer & Storage, Inc.*, 513 F.2d 140, 147 (9th Cir. 1975); *see also* Fed. R. Civ. P. 83(b) ("A judge may regulate practice in any manner consistent with federal law, rules adopted under 28 U.S.C. §§ 2072 and 2075, and the district's local rules.").