UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID SHAHRIVAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 10-cv-01029-RS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION FOR MORE DEFINITE STATEMENT, WITHOUT PREJUDICE** |

　　　　Rulings on the motion of plaintiff's counsel for leave to withdraw and defendants' motion for a more definite statement previously were deferred pending efforts to obtain pro bono counsel for plaintiff. Plaintiff's only opposition to the motion to withdraw was a request that he be given an opportunity to find replacement counsel. Although the efforts of the Pro Bono Project to place the matter are ongoing, further delay in relieving plaintiff's present counsel is not warranted, and the motion to withdraw is granted. Pursuant to Civil Local Rule 11-5(b) papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or *pro se*.

　　　　Defendants' motion for a more definite statement is denied, without prejudice. In the event new counsel appears for plaintiff, counsel are directed to meet and confer to address the issues presented in the motion. In the event plaintiff ultimately proceeds *pro se*, the Court and the parties will be guided by the opinion of the Ninth Circuit in this matter as to what claims remain in issue. A further order will issue in due course in the event replacement counsel for plaintiff is not

located.

**IT IS SO ORDERED**.

Dated: March 23, 2020

RICHARD SEEBORG
United States District Judge