UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID SHAHRIVAR,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID SYKES, et al.,<br><br>        Defendants. | Case No. 10-cv-01029-RS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW** |

Good cause appearing, the motion of plaintiff's counsel for leave to withdraw is granted. Plaintiff is advised that because he is once again appearing as a *pro se* litigant, he may obtain assistance from the Legal Help Center, which may be contacted at 415-782-8982. Plaintiff is reminded that the matter has been referred to mediation, and that he is expected to cooperate in promptly scheduling a mediation session and to participate therein. Plaintiff is further advised that he must follow the Federal Rules of Civil Procedure and the Local Civil Rules to pursue any discovery he wishes, in responding to any discovery sought by defendants, and in all other aspects of this litigation. Plaintiff should refrain from contacting court staff directly except to inquire about purely procedural matters, and even then, should copy defense counsel on any communications. Requests for court orders must be made by written motions, filed with the court and in compliance with Civil Local Rule 7.

**IT IS SO ORDERED**.

Dated:  November 2, 2021

_____
RICHARD SEEBORG
Chief United States District Judge