UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARID SHAHRIVAR,

          Plaintiff,

    v.

DAVID SYKES, et al.,

          Defendants.

Case No.  10-cv-01029-RS

**ORDER RE MEDIATION DEADLINES**

    Plaintiff's request for an order expressly extending the deadline for the completion of mediation is denied. The parties should proceed on the current schedule for filing mediation briefs and conducting the mediation, unless the mediator instructs them otherwise. The mediator is hereby authorized to extend the briefing and/or mediation dates if in his judgment doing so would likely lead to a more productive mediation. Likewise, the mediator may decline to extend any of the dates if in his judgment that approach is more likely to lead to a resolution.

**IT IS SO ORDERED**.

Dated: December 21, 2021

_____

RICHARD SEEBORG
Chief United States District Judge