UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARID SHAHRIVAR,

    Plaintiff,

    v.

DAVID SYKES, et al.,

    Defendants.

Case No. 10-cv-01029-RS

**ORDER RESETTING HEARING AND BRIEFING SCHEDULE**

Nearly a week after it was due, plaintiff filed an opposition to defendants' motion for summary judgment. Plaintiff did not seek either an extension or leave to file a late opposition, and did not even acknowledge the filing was late. Although the conduct of plaintiff's counsel cannot be condoned, the interest in resolving motions on the merits warrants allowing plaintiff's opposition to be considered. To prevent prejudice to defendants, their deadline to file a reply brief is extended to July 13, 2023, and the hearing is continued to July 20, 2023.

**IT IS SO ORDERED**.

Dated: June 29, 2023

_____
RICHARD SEEBORG
Chief United States District Judge