UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID SHAHRIVAR,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID SYKES, et al.,<br><br>    Defendants. | Case No. 10-cv-01029-RS<br><br>**JUDGMENT** |

Pursuant the order of this date granting the motion for summary judgment brought by defendants, judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED**.

Dated: July 21, 2023

_____
RICHARD SEEBORG
Chief United States District Judge