UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID SHAHRIVAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID SYKES, et al.,<br><br>　　　　　Defendants. | Case No. 10-cv-01029-RS<br><br>**ORDER EXTENDING FILING DEADLINES** |

　　　Plaintiff Farid Shahrivar, again appearing *pro se*, requests extensions of the deadlines for his responses to the bill of costs and the motion for attorney fees filed by defendants.

　　　1. *Bill of Costs*

　　　Defendants filed their cost bill 14 days following entry of judgment in their favor, as required by Civil Local Rule 54-1. The rules provide that within 14 days thereafter, Shahrivar may "serve and file any specific objections to any item of cost claimed in the bill, succinctly setting forth the grounds of each objection." Rule 54-2. Thereafter, the Clerk of the Court will tax costs after considering any objections that have been filed. The Clerk will indicate on the bill of costs or in a separate notice, which, if any, of the claimed costs are allowed. Rule 54-4.

　　　Shahrivar's deadline for filing objections to the bill of costs is hereby extended to September 5, 2023. In light of his *pro se* status, Shahrivar is relieved from the obligation in Rule 54-2(b) that he meet and confer with defendants' counsel regarding any objections he intends to assert to the cost bill.

2. *Motion for attorney fees*

Shahrivar's deadline to file any opposition to defendants' motion for attorney fees is hereby extended to September 8, 2023. Defendants may file a reply brief within one week thereafter. The motion will then be submitted without oral argument, pursuant to Rule 7-1(b).

These extensions are being granted to provide Shahrivar a reasonable opportunity as a *pro se* litigant to prepare any objections to the cost bill and an opposition to the attorney fee motion. Shahrivar asserts he is again searching for legal representation. In light of the history of this matter, Shahrivar is advised that no additional extensions will be granted to permit him time to obtain counsel. If, however, counsel appears in this action on behalf of Shahrivar prior to the expiration of these deadlines, counsel may request a brief further extension.

Shahrivar is also advised that he may seek assistance with legal questions from the *pro se* help desk, where he currently has an appointment, and assistance regarding any technical filing issues from the ECF help desk. The Courtroom Deputy Clerk, however, is not able to provide legal or procedural advice. Communications with the court generally should be made only through written filings.

**IT IS SO ORDERED**.

Dated: August 17, 2023

_____
RICHARD SEEBORG
Chief United States District Judge